UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSE A. BREWER, | : | |
| Plaintiff | : | CIVIL ACTION NO. 1:21-1291 |
| v. | : | (JUDGE MANNION) |
| DAUPHIN COUNTY PRISON, et al. | : | |
| | : | |
| Defendants | | |

### ORDER

In light of the memorandum issued on this same day, **IT IS HEREBY ORDERED THAT**:

(1) The report and recommendation of Judge Carlson, **(Doc. 24)**, is **ADOPTED IN ITS ENTIRETY AS THE DECISION OF THE COURT**.

(2) The defendants' Motion to Dismiss, **(Doc. 17)**, is **GRANTED**.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

DATE: November 10, 2022