IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSE A. BREWER, Plaintiff | Civil Action No. 1:21-CV-1291 |
| v | |
| Dauphin County, et al., Defendants | JURY TRIAL DEMANDED |

FILED SCRANTON
NOV 14 2022
PER _____ DEPUTY CLERK

## PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION SEEKING APPOINTMENT OF COUNSEL

Plaintiff would like to let this Honorable Court know that he concedes to Defendants position that Plaintiff does not have a Constitutional right to Counsel

However, Plaintiff is pleading with the Court for appointment of Counsel for the following reasons:

1) Plaintiff is indigent
2) The Court's Local and Procedural

Rules are confusing to him. Even though the claim is simple The Rules of the Court and applicable law is complex as I am a layman of the law.

and 3) to preserve the interest of The Judicial economy and the Court's Time.

## CONCLUSION

Based on the reasons aforementioned, Plaintiff request that his motion for Appointment of Counsel be granted

DATED: 11/09/22

CC: Personal File

Respectfully
*Jesse A. Brewer*
Jesse A. Brewer
#53146-054

# CERTIFICATE OF SERVICE

I, Jesse A. Brewer, the plaintiff in this civil suit, do hereby certify that on this 9th day of November 2022, I sent a true and correct copy of the foregoing via U.S. Mail, Postage Pre Paid to the address as follows:

Clerk of Court
United States District Court
MIDDLE DISTRICT OF Pennsylvania
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

Respectfully
Jesse A. Brewer

Name S. Brewer
Reg. No 53146-051 Unit
United States Penitentiary McCreary
P.O. Box 3000
Pine Knot, KY 42635

RECEIVED
SCRANTON

NOV 14 2022

PER _____ DEPUTY CLERK

LEGAL MAIL

KNOXVILLE TN 377

10 NOV 2022

Clerk of Court
United States District Court
MIDDLE DISTRICT OF PENNSYLVANIA
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501